UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-CR-365-KJD-VCF |
| Plaintiff, | |
| vs. | |
| BARRY AKALA | |
| Defendant. | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#299) on December 5, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $49,558.14

**Total Amount of Restitution ordered:** $49,558.14\*\*
\*\*Joint and Several with co-defendants Hope Graham and Jonathan Aluko

Dated this ____14th____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE